**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ATLASSIAN CORPORATION PLC, AND ATLASSIAN, INC., <br><br> Defendant. | CIVIL ACTION NO. 2:17-cv-352-JRG <br><br> **Lead Case** <br><br> CIVIL ACTION NO. 2:17-cv-353-JRG <br><br> **Member Case** <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

WHEREAS, Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A (collectively, "Uniloc") and Defendants Atlassian Corporation PLC and Atlassian, Inc. (together, "Atlassian") have agreed to settle the above-referenced lead consolidated case and member case and request dismissal thereof.

NOW, THEREFORE, Uniloc and Atlassian stipulate, subject to the approval of the Court, that:

1. Any and all claims and/or counterclaims by Uniloc and Atlassian against one another are dismissed with prejudice from the lead case and member case.

2. Uniloc and Atlassian shall each bear their own attorney's fees, expenses and costs.

3. Uniloc's complaint as to all other defendants is not impacted by this stipulation and dismissal.

Dated: December 12, 2017

Respectfully submitted,

/s/ *James L. Etheridge*
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX  76092
Tel.:  (817) 470-7249
Fax:  (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com

**ATTORNEYS FOR PLAINTIFFS UNILOC USA, INC. AND UNILOC LUXEMBOURG SA**

Respectfully submitted,

/s/ *Darby V. Doan*
Darby V. Doan
Texas Bar No. 00793622
Joshua R. Thane
Texas Bar No. 24060713
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email:  ddoan@haltomdoan.com
Email:  jthane@haltomdoan.com

Ashok Ramani
R. Adam Lauridsen
Justina Sessions
Briggs Matheson
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188
ARamani@keker.com
ALauridsen@keker.com
JSessions@keker.com
BMatheson@keker.com

**ATTORNEYS FOR DEFENDANTS
ATLASSIAN CORPORATION PLC
AND ATLASSIAN, INC.**

### CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on December 12, 2017.

*/s/ James L. Etheridge*
James L. Etheridge